

# THE THIRTEENTH COURT OF APPEALS

13-19-00563-CV

Laszlo Elias
v.
Teresa Espinosa

On Appeal from the
2nd 25th District Court of Gonzales County, Texas
Trial Cause No. 25,927

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed. The Court orders the appeal DISMISSED in accordance with its opinion. Costs of the appeal are adjudged against appellant, Laszlo Elias.

We further order this decision certified below for observance.

November 26, 2019